# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

## WESTERN DIVISION

| | | |
|---|---|---|
| ROBBINS, et al., | ) | CIVIL ACTION NO. C-1-00 706 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge Weber |
| v. | ) | |
| | ) | Magistrate Judge Hogan |
| MATTEL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF STEVEN VAUGHAN IN SUPPORT OF DEFENDANT'S

## REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Steven Vaughan, declare as follows:

1.      I am a member of the State Bar of California and am admitted to practice before this Court.  I am an attorney at Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record for Defendant Mattel, Inc. ("Mattel").  I make this declaration of my personal knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2.      Attached hereto as Exhibit A are further portions of the transcript of the Deposition of Joli Quentin Kansil taken on August 8, 2002 in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of September at Los Angeles, California.

_____
Steven Vaughan

## CERTIFICATE OF SERVICE

I hereby certify that a copy of AFFIDAVIT OF STEVEN VAUGHAN IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT has been served upon Bruce Tittel, Esq., Wood, Herron & Evans, 2700 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202, by regular U.S. mail on this the 9th day of September, 2003.

Sue A. Erhart

# EXHIBIT A

1            IN THE UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF OHIO

3                    WESTERN DIVISION

4

5

6    ROBBINS, et al.,                )

7                    Plaintiffs,     ) Civil Action

8        vs.                         ) No. C-1-00 706

9    MATTEL, INC.,                   )

10                   Defendants.     )

11

12

13            The videotaped deposition of JOLI

14    QUENTIN KANSIL, called for examination, taken

15    pursuant to the Federal Rules of Civil Procedure

16    of the United States District Courts pertaining

17    to the taking of depositions, taken before

18    ANNETTE M. MONTALVO, a Notary Public within and

19    for the County of Lake, State of Illinois, and a

20    Certified Shorthand Reporter of said state, at

21    Suite 2200, 330 North Wabash Avenue, Chicago,

22    Illinois, on the 8th day of August, A.D. 2002, at

23    9:40 a.m.

24                    ORIGINAL

AMM


ESQUIRE™
DEPOSITION SERVICES

A RECORD OF EXCELLENCE

Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950

00:00 1      would be difficult to answer that question, but,

2      generally, game rules have a certain format, and

3      so I wouldn't call it a standard, but there is a

4      certain format to game rules.

12:00:14 5          Q.    And what format is that?

6          A.    Well, usually there'll be an

7      introductory paragraph called a preamble, telling

8      about the game, and that might include the object

9      of the game.  You know, just a quick run through

12:00:28 10      about what the game is all about.  And then

11      you'll have the equipment provided for the game,

12      how many players, and then you'll usually have a

13      question called preliminaries, that is, setting

14      up the game with the tokens and the pieces or how

12:00:46 15      you put the cards on the table to start with and

16      so forth.

17          Then you'll actually have the formal

18      game rules, that is, how the game is played.  And

19      then afterward you will have, generally, variance

12:01:02 20      of the game, and then before that you might even

21      have the scoring if the game has a scoring.  Then

22      there'll be variance, and then an optional

23      section is strategy of the game.

24          Q.    So the record is clear, what you just

AMM



ESQUIRE
DEPOSITION SERVICES

A RECORD OF EXCELLENCE
Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950

1    described is the typical basic format that is

2    used in written game instructions?

3         A.    Yes.  In many written game

4    instructions.

5         Q.    And this format that you have

6    described was something that was used as the

7    format for written game rules prior to 1971?

8         A.    Yes.  Certainly.

9         Q.    And you would consider this to be the

10   stock format that's used for written game

11   instructions?

12        A.    That's right.

13        Q.    Do you have an understanding as to why

14   in this stock format for written instructions

15   that you've described these particular aspects of

16   the instructions are laid out in this particular

17   order?

18        A.    Yes.  It would make the most sense

19   sequentially.  You open up a game, you want to

20   know a little bit about what it's about, so that

21   would be the preamble.  You want to know how to

22   set up the pieces, that would be the

23   preliminaries.  As a formality, they will mention

24   the number of players and equipment.  And then

AMM

12:02:40 1    you want to know how to play the game and you

2    deal with the scoring.  That would be the next

3    thing because the scoring is done after the game

4    is played or after a particular hand is played.

12:02:50 5    And then variance and strategy and whatnot is

6    extra material that may or may not be included at

7    the end.  So, sequentially, that would be the

8    most sensible way to teach a game.

9         Q.    And you'll agree with me that if

12:03:00 10   written instructions deviate too substantially

11   from this stock format that you've described,

12   that you run the risk of confusing the readers?

13        A.    Yes.  If it's not done sequentially,

14   you certainly could.

12:03:16 15        Q.    And that's your -- that your view as

16   an expert, isn't it?

17        A.    Yes.

18        Q.    If I understood your prior testimony

19   correctly, in comparing the 1971 UNO game with

12:03:44 20   the 1999 UNO game, what you essentially did was

21   read those written instructions and just compared

22   them; is that right?

23        A.    Yes.  Read them, made notes and then

24   went back over the notes and saw, number one, how

AMM



ESQUIRE™
DEPOSITION SERVICES

A RECORD OF EXCELLENCE
Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950

02:30:14 1    same or virtually identically to any sentence in

2    the 1971 instructions?

3         A.    I'd have to look at both and it would

4    be -- you know, it would be -- the evidence would

02:30:24 5    be right there.  I'm quite sure there are, but I

6    don't want to go on record.  I'd have to look at

7    both sets of rules again carefully.

8              I didn't really -- my task, I thought,

9    was to compare the instructions as far as rule

02:30:42 10    changes and how original the 1999 version was

11    compared to the 1971 version, not do a paragraph

12    by paragraph analysis as to how much of the rules

13    were exactly the same, you know, word by word.

14    Because I believe the 1999 rules were recast, so

02:31:06 15    I don't know how many of the paragraphs would be

16    exactly the same.  In fact, my opinion would

17    probably be not all that many, though the

18    rules -- how to play the game are the same, but,

19    basically, the, you know, paragraph by paragraph

02:31:20 20    analysis, the '99 rules have been over -- not

21    overhauled, but they have been rewritten so

22    that -- for clarity purposes.

23         Q.    They were reworded?

24         A.    Reworded, yes.

AMM



E S Q U I R E™
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950

02:34:32  1    particular color and a particular number.  So,

2    basically, the overall rule is that you either

3    match color or number when it's your turn to

4    play.

02:34:44  5         Q.    Is it fair to say that the colors and

6    numbers serve the function of allowing players to

7    match colors and numbers?

8         A.    Yes.  To match colors and numbers,

9    that's right.  Colors or numbers, yeah.

02:35:00 10        Q.    So you'll agree that the words used

11   here in the 1971 instructions about colors and

12   numbers is just to describe the function of those

13   colors and numbers; is that correct?

14        A.    That's right.

02:35:16 15        Q.    You'll see further down on Exhibit 18,

16   the paragraph that says, quote, "if you match the

17   color and card you play has 'Skip' marked on it,

18   the next player is skipped for that round," end

19   quote?

02:35:34 20        A.    Yes, I do.

21        Q.    You'll agree that the use of the word

22   "skip" here in the 1971 instructions just

23   describes the function of the Skip card, correct?

24        A.    Right.

AMM



02:35:44 1        Q.    And that function is to skip over the

2        next player?

3        A.    Yes.

4        Q.    And you'll agree that the use of the

02:35:52 5        word "skip" on the Skip card itself is just to

6        describe the function of that particular card,

7        right?

8        A.    Right.

9        Q.    In the next paragraph of the 1971

02:36:04 10       instructions, which we have marked as Exhibit 18,

11       you'll see the language that says, quote, "if you

12       match the color and the card you play has

13       'Reverse' marked on it, the play is reversed and

14       the player to your right plays and the play

02:36:20 15       continues to the right of the dealer until

16       someone plays another 'Reverse' card which then

17       changes the direction of play again," end quote?

18       A.    Yes.

19       Q.    You'll agree that the use of the word

02:36:32 20       "Reverse" here in the 1971 instructions just

21       describes the function of the Reverse card,

22       correct?

23       A.    That's correct.

24       Q.    That function is to reverse the

AMM



02:36:42 1    direction of play?

2            A.    Right.

3            Q.    And you'll agree that the use of the

4    word "Reverse" on the Reverse card itself is just

02:36:48 5    to describe the function of that particular card?

6            A.    That's right.

7            Q.    In the next paragraph, of the 1971

8    instructions, which we have marked as Exhibit 18,

9    you'll see the language that says, quote, "if you

02:37:06 10    match the color and play a card with 'Draw two'

11    marked on it, the next player must draw 2 cards

12    and forfeit his" hand "for that round," end

13    quote?

14            A.    "Forfeit his play for that round,"

02:37:20 15    yes.

16            Q.    You'll agree that the use of the words

17    "draw two" here in the 1971 instructions

18    describes -- just describes the function of the

19    Draw 2 card, correct?

02:37:30 20            A.    That's right.

21            Q.    And that function is to have the

22    player draw two cards?

23            A.    That's correct.

24            Q.    And you'll agree that the use of the

AMM



02:37:42 1    words "draw two" on the Draw 2 card itself is

2    just to describe the function of that particular

3    card?

4        A.    That's correct.

02:37:56 5        Q.    In the next paragraph of the 1971

6    instructions, which we have marked as Exhibit 18,

7    you see the paragraph, it says, quote, "how to

8    play wild cards"?

9        A.    Yes, I do.

02:38:10 10        Q.    And that text says, quote, "the cards

11    marked 'Wild' can be played at anytime on any

12    color or on any number and when you play it you

13    can call the color that you want," end quote?

14        A.    Yes.

02:38:22 15        Q.    You'll agree with me that the use of

16    the word "wild" here in the 1971 instructions

17    just describes the function of the Wild card,

18    correct?

19        A.    Right.

02:38:36 20        Q.    And that function is to allow any card

21    to be played when there's a Wild card?

22        A.    That's right.

23        Q.    And you'll also agree with me that the

24    use of the word "wild" on the Wild cards

AMM

02:38:46 1    themselves in the 1971 game is just to describe

2    the function of that card?

3        A.    Yes.

4        Q.    In the next paragraph of the 1971

02:39:00 5    instructions, which we have marked as Exhibit 18,

6    you see the language where it says, quote, "there

7    is another Wild card marked 'Draw 4,'" end quote,

8    and then continues on?

9        A.    Yes.

02:39:10 10       Q.    You'll agree me that the words "Draw

11    4" here in the 1971 instructions just describes

12    the function of the Draw 4 card, correct?

13        A.    Right.

14        Q.    And that function is to draw four

02:39:26 15    cards?

16        A.    That's right.

17        Q.    And you'll agree with me that the use

18    of the words "Draw 4" on the Draw 4 cards

19    themselves is just to describe the function of

02:39:38 20    those particular cards, correct?

21        A.    Right.

22        Q.    If you could please turn to Exhibit 2,

23    which is your report.

24        A.    Yes.

AMM



02:40:02 1          Q.     I would like to direct your attention
         2     to page 7.
         3          A.     All right.
         4          Q.     In the first full paragraph on page 7,
02:40:16 5     you conclude in your report, quote, "in summary,
         6     any adult player -- or even a consumer as young
         7     as 12 years old -- would find that the 1999 UNO
         8     instructions are substantially similar to the
         9     1971 instructions," end quote.
02:40:28 10               Do you see that language?
        11          A.     Yes, I see that, indeed.
        12          Q.     What do you mean by "substantially
        13     similar" here?
        14          A.     The two games, the 1999 version and
02:40:38 15     the 1971 version, are basically the same card
        16     game.  UNO had spectacular sales throughout the
        17     years, and, you know, I -- there simply -- there
        18     was no reason to make wholesale changes in the
        19     game and so when the 1999 version came out, there
02:40:58 20     were a few changes, which I have talked about,
        21     but, basically, the instructions are
        22     substantially similar.  I mean, the wording may
        23     be different, it's been reworded, the '99
        24     version, but the instructions, that is, how to

AMM

02:46:00 1     1971 instructions.

2          A.     Well, an easier way would be to just

3     tell you the few ways where there are differences

4     and then every other thing would be the same.  So

02:46:08 5     that's what -- substantially similar, I mean, we

6     could go over every rule of the game and, you

7     know, 95 percent of them would be the same.  So

8     it might be easier to just tell you, you know,

9     the few differences that are present in the two

02:46:26 10    versions.

11         Q.     Well, that's not quite my question.

12              You've already told me that when you

13     say here in this sentence, quote, "would find

14     that the 1999 UNO instructions are substantially

02:46:40 15    similar to the 1971 instructions," end quote,

16     that you're referring to the 1999 UNO game and

17     the 1971 UNO game.

18         A.     Yes.  The play system, right.

19         Q.     Other than with respect to the play

02:46:54 20    system as you've described it, are there any

21     other ways in which the 1999 UNO instructions are

22     substantially similar to the 1971 instructions?

23         A.     Yes.  In the format of the rules, the

24     sequential presentation of both versions.  '71

AMM

02:47:18  1    and '99, the order of play, you know, the order

2    of explanation is quite similar.  In other words,

3    how the rules are organized, even though the

4    wording is different, how the rules are organized

02:47:34  5    it quite similar.

6         Q.    In your view, both the 1971

7    instructions and the 1999 instructions generally

8    follow the stock format for instructions you

9    described earlier today, correct?

02:47:54 10         A.    Not really, because -- well, to some

11   degree.  I beg your pardon.  To some degree they

12   do in that you have the object of the game, you

13   know, the equipment that's used and a brief

14   summary of the game.  The brief summary of the

02:48:10 15   game in the stock format that I gave was usually

16   at the given at the top, but here it's the third

17   item in the '99 rules.  And then you have your

18   preliminary, choosing the dealer and so forth.

19   So in many respects that is the case.  Then you

02:48:24 20   have your play followed by the scoring and

21   penalties and variance.

22              So to some degree it does.  No

23   question about it.  Especially the '99 version,

24   but even the '71 version as well.

AMM



02:48:38 1      Q.    And so the record is clear, you agree

2    that just generally speaking, both the 1971

3    instructions and the 1999 instructions more often

4    than not follow the stock format for instructions

02:48:54 5    that you described --

6      A.    Yes.

7      Q.    -- earlier today?

8      A.    That's right.  Because they both give

9    of the game sequentially, you know, in the order

02:49:00 10    that the rules would follow for play, and even in

11    how the rules are organized, as I mentioned.

12      Q.    Now, other than with respect to their

13    similarities regarding the system of play and the

14    format of the rules that you have discussed, are

02:49:30 15    there any other ways in which the 1999 UNO

16    instructions are substantially similar to the

17    1971 instructions, in your view?

18      A.    Yes.  In that, you know, the cards --

19    the card breakdown is listed in one and it's

02:49:42 20    listed on the other set as well.  And also the

21    scoring and counting, that's also listed line by

22    line pretty much in the same format.  So those

23    two -- that factor would also be very much the

24    same.

AMM

02:50:00  1          Q.     You'll agree that those sections, when

          2    comparing the '71 instructions to the '99

          3    instructions, do not use exactly the same

          4    wording, correct?

02:50:12  5          A.     They don't use exactly the same

          6    wording, no.

          7          Q.     And you see differences in the wording

          8    between those instructions --

          9          A.     Yes, I do.

02:50:2010          Q.     -- with respect to those sections?

         11          A.     Yes, small differences.

         12          Q.     Well, can you point to me in those

         13    sections any language or any sentence that is

         14    identical or virtually identical?

02:50:5415          A.     No, that's not exactly identical.

         16    Let's see.

         17                 Yes.  I think in the scoring, counting

         18    and scoring, you have "all cards 0 through 9" and

         19    then "all cards through 9."  "The Draw 2 cards"

02:51:1220    and just "Draw 2" and "Reverse cards" just

         21    "Reverse."  I mean, these are not exactly --

         22    exact the same word for word, but, you know.

         23    It's basically essentially certainly the same

         24    except not word by word.  You have 20 points, 20

AMM

ESQUIRE
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950

02:51:30 1    points, 20 points, and 20 points, 50 points.

2    There was one change there and 50 points, 50

3    points.  So some of the words are exactly the

4    same, especially where they are giving scoring

02:51:44 5    numbers.

6         Q.    Any other aspects between the 1971

7    instructions and the 1999 instructions that

8    you're referring to when you say that they are

9    substantially similar, other than what you have

02:52:00 10   told me about so far in your deposition?

11        A.    Well, let me just take a look here.

12   No, I can't see any -- I can't see any others.

13   It appears that the 1999 version, while the rules

14   are more than 95 percent the same, the rules --

02:52:24 15   they have been, you know, totally redrafted or

16   reworded for clarity and so that it -- so that

17   the style is slightly -- is different from the

18    '71 version and whatnot.  It is just a more

19   professional set of rules.

02:52:52 20        Q.    Just so I have, then, your complete

21   testimony on this particular issue, in your view,

22   when comparing the 1999 and the 1971

23   instructions, that they are substantially similar

24   to one another in what you have said was the

AMM



02:53:10 1   format of the rules, the system of play, and then

2   the various kinds of card breakdowns that you

3   discussed?

4        A.   Yes.  Yeah.

02:53:20 5        Q.   Now, in your view, are the 1999

6   instructions and the 1971 instructions

7   substantially similar to one another in any other

8   respects that you haven't told me about or do I

9   have your complete testimony on it?

02:53:36 10       A.   Well, both are complete accounts of

11   how to play the game, and since the rules are

12   very much the same, reading through each set of

13   rules sounds similar, though the words in

14   virtually each paragraph have been recast.

02:54:02 15       Q.   Are there any other ways in which, in

16   your opinion, the 1971 and the 1999 instructions

17   are substantially similar?

18       A.   I would have to take quite a bit of

19   time on that because, remember, I prepared my

02:54:18 20  report from the standpoint of rule changes and

21   comparing the two sets of rules from that

22   standpoint rather than wording, you know, per

23   paragraph.  I could have very well have done

24   that, but I didn't think that was part of my --

ESQUIRE DEPOSITION SERVICES
LINKING TESTIMONY, TRADITION AND TECHNOLOGY
Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950

02:57:26  1          A.     Yes.

2          Q.     And my only question now is are there

3     any additional ways in which you believe that

4     they are substantially similar that you haven't

02:57:34  5     discussed here today, or do I have your complete

6     testimony?

7          A.     You have my complete testimony.

8          Q.     If you could please turn to page 10 of

9     your expert report, which we have marked as

02:58:00  10    Exhibit 2.

11         A.     All right.

12         Q.     Do you see the language where you say,

13    quote, "the conclusion is that all of these

14    editions are similar to the original UNO game

02:58:18  15    published in 1971," end quote.  Do you see that

16    language?

17         A.     Yes.

18         Q.     What do you mean by "similar" here?

19         A.     I mean in the play system and whatnot,

02:58:32  20    not in the exact wording of the rules.  So that

21    should be clarified.

22                But, basically, the games play similar

23    to '71 and '99.  There's just been a couple of

24    extra cards added in some of the addition --

AMM

ESQUIRE™
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950

⌐ :15:58 1        A.     All right.

2        Q.     My question is simply, you'll agree

3    with me that -- well, I can even back up

4    further.

5        A.     Okay.

6        Q.     You'll agree with me that you are not

7    an expert and don't know about every single game

8    that was played in 1971?

9        A.     That's certainly true.

03:16:16 10        Q.     And you don't have any reason to

11    believe that the idea of having 112 cards as part

12    of a game is unique, right, as of 1971?

13        A.     Well, I simply know that it was not

14    unique as it turns out.

03:16:30 15        Q.     And you don't disagree with that?

16        A.     It was not unique having 112 cards,

17    that's correct.

18        Q.     Turning to page 3 of your report --

19        A.     All right.

03:16:42 20        Q.     -- you say, quote, "thus, using colors

21    for suits instead of symbols is not a unique

22    feature of UNO," end quote?

23        A.     That's right.

24        Q.     And that was true as of 1971, right?

AMM



16:54 1          A.    Yes.  Because of the card game Rook.

2          Q.    In the next paragraph you say, quote,

3     "the fact that the game has a range of numbers

4     that utilize low integers is not original," end

03:17:16 5     quote?

6          A.    Now that I need to find out where

7     you're indicating here just so I understand.

8          Q.    I'm referring to the last portion of

9     the first full paragraph on the page.

03:17:24 10         A.    Right.  I got it.  The fact that the

11    game has a range of numbers that utilize low

12    integers is not unique.  Yes, that's so because,

13    again, because of the game of Rook.

14         Q.    And that's a true statement?

03:17:38 15         A.    Yeah.

16         Q.    And that's a true statement as of

17    1971?

18         A.    Correct.

19         Q.    In the next paragraph you say, quote,

03:17:52 20    "the scoring in UNO was not innovative either,"

21    end quote?

22         A.    Right.

23         Q.    And that's a true statement?

24         A.    That's my expert opinion.

AMM



ESQUIRE
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950

03:18:00 1       Q.    And that was true as of 1971; is that

2   correct?

3       A.    Right.

4       Q.    Directing your attention to the next

03:18:26 5   paragraph of your report, which is Exhibit 2, you

6   say, quote, "what is unique about the composition

7   of the UNO deck and its play, are some, but not

8   all, of the 'Word' cards in the game," end quote?

9       A.    Right.

03:18:38 10       Q.    And then you go on to describe five

11   different word cards?

12       A.    Yes.

13       Q.    What are you referring to when you

14   say, quote, "the composition of the UNO deck,"

03:18:50 15   end quote?

16       A.    We are talking about the entire UNO

17   deck of 112 cards, all of the numbered cards in

18   the deck as well as the word cards.  You add them

19   all up and they comprise the UNO deck.

03:19:10 20       Q.    You'll agree with me that the

21   composition of the UNO deck is functional in that

22   it allows people to play the game?

23       A.    Yes, surely.

24       Q.    And in that same sentence where you

AMM

1    here.

2    MR. ZELLER: He has four minutes.

3    THE WITNESS: Sorry about that.

4    MR. ZELLER: But we should probably take a

03:23:12  5    break.

6    THE WITNESS: It's up to you. I'm fine.

7    MR. ZELLER: Let's take a few minutes.

8    THE WITNESS: Do you want to stop now then?

9    MR. ZELLER: Yes. This is just as

03:23:20 10    convenient as anywhere else.

11    THE WITNESS: Okay. Thank you.

12    THE VIDEOGRAPHER: Going off the video

13    record at the end of tape number two at 3:23

14    p.m.

03:33:28 15    (WHEREUPON, a recess was had.)

16    THE VIDEOGRAPHER: Going back on the video

17    record at the beginning of tape number three at

18    3:33 p.m.

19    BY MR. ZELLER:

03:33:50 20    Q.    Turning to page 4 of your report --

21    A.    Yes.

22    Q.    -- which we have marked as Exhibit 2 --

23    A.    Yes.

24    Q.    -- in the middle of the second

AMM

03:34:00   1   paragraph on that page, you say, quote, "this

2   writer has observed that in almost all extremely

3   popular and successful games, there is often one

4   key rule or feature that 'makes' the game.  In

03:34:14   5   UNO it is the 'Reverse' card," end quote.

6          First, when you're referring to the

7   rule or feature here, you're referring to some

8   aspect of the system of play?

9        A.    Right.

03:34:28  10        Q.    And you go on to say, "in UNO, it is

11   the 'Reverse' card."

12          You'll agree with me that you don't

13   have any empirical evidence or any data or hard

14   evidence to establish that it is the Reverse card

03:34:42  15   that has caused any UNO product to be

16   commercially successful, right?

17        A.    No, that is correct.  It is just my

18   expert opinion.

19        Q.    Well, that's what I am trying to

03:34:56  20   figure out.

21          You go on later to say "it is purely

22   speculation, but without the unique 'Reverse'

23   rule," and then continue on.

24          You'll agree with me that when you say

AMM



LINKING TESTIMONY, TRADITION AND TECHNOLOGY
*Chicago:* 312.782.8087 • 800.708.8087 • Fax 312.704.4950

03:35:06 1    that the key rule or feature that has made UNO or

2    any UNO product commercially successful is the

3    Reverse card, that you're speculating, correct?

4        A.    Yes.  I said, in fact, it is purely

03:35:24 5    speculation.  I did even point that out in that

6    sentence.

7        Q.    And it is equally speculation when you

8    say that this rule or feature that makes the game

9    with respect to UNO is the Reverse card?

03:35:38 10        A.    Speculation?

11        Q.    Right.

12        A.    It's opinion.  Speculation is saying

13    something, you know, a little wild sometimes.

14    But if it is just my expert opinion, you know,

03:35:54 15    because of 30 years in this business inventing my

16    own games and dealing with other games, writing

17    rules and whatnot, that a good deal of the time

18    one rule will make or break the game and make it

19    really popular.  And I said it's speculative, but

03:36:08 20    I felt that the reverse rule fit into this

21    category.

22        Q.    Right.  And I think we're on the same

23    wavelength, but let me make sure.

24        A.    Okay.

AMM


ESQUIRE
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
*Chicago:* 312.782.8087 • 800.708.8087 • Fax 312.704.4950

03:36:18  1    Q.    I'm not asking you about your general

2    opinion, that there's some, you know, particular

3    rule or feature of games in general --

4    A.    Yes.

03:36:28  5    Q.    -- that tend to make a game popular?

6    A.    All right.

7    Q.    What I'm focusing in on is the various

8    UNO games that have been marketed and sold.

9    And you'll agree with me that you are

03:36:42  10   speculating when you say it is the Reverse card

11   in particular that has made any UNO game or

12   product a commercially successful one, right?

13   A.    Yes.  More than any other rule, I feel

14   the reverse rule, indeed, is the one that way.

03:36:54  15   That's right.  And I do specify that it is

16   speculation.

17   Q.    You don't have any empirical data or

18   any hard evidence concerning what it is that

19   consumers find to be attractive about the system

03:37:22  20   or pattern of play of any UNO game or product,

21   right?

22   A.    That's right.

23   MR. ZELLER:  Let's go off the record for a

24   minute.



03:55:28 1    changes to the game," end quote?

2         A.     That's right.

3         Q.     And, again, you are referring here to

4    the system or method of playing the game itself

03:55:36 5    as opposed to the written instructions, right?

6         A.     Right.

7         Q.     In the next sentence you say, quote,

8    "UNO has always been simple and enjoyable to

9    play and" never -- "really never has needed

03:55:50 10   improvement through any major modifications," end

11   quote?

12        A.     Yes.

13        Q.     And, again, you are not referring to

14   the particular written instructions, but rather

03:55:58 15   the overall system or method of playing UNO

16   games?

17        A.     Yes, but I would add that by the time

18   1999 rolled around, the '71 instructions were due

19   for a bit of a facelift insofar as wording and

03:56:16 20   whatnot and organization and that's what was done

21   in 1999.  So I concur completely with what they

22   did.

23        Q.     What's your basis for saying that the

24   1971 instructions -- I'm sorry.

AMM

E S Q U I R E™
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950

04:42:30 1    find it out, but I'd have to spend a lot of time.

2        Q.    And I think we're agreed that that

3    issue as to when these games were first played is

4    something of fact rather than opinion for an

04:42:40 5    expert?

6        A.    That's right.  And that's is in this

7    case.  Indefinitely.

8        Q.    There were other card games in

9    addition to "I Doubt It" and "Go Fish" that were

04:43:10 10    played prior to 1971 in which the player had to

11    yell something out during the course of play?

12        A.    Yes.

13        Q.    And that would include games like

14    "Snap" and "Spit"?

04:43:24 15        A.    Yes, yes.  Snap, I now recall, yes.

16        Q.    And, in your view, there's nothing

17    terribly unique about the feature of the 1971 UNO

18    game and having callers -- having players call

19    out particular words, right?

04:43:40 20        A.    Not call out particular words, but in

21    the UNO sense having them call out when they have

22    exactly one card left, that I -- that seems to be

23    unique from all of the card game reviews that

24    I've had.

AMM

10:50 1    sets of instructions you prepared?

2        A.    Well, in my card -- in my card games

3    book there's probably 40 games or so that are

4    really new where I totally overhauled the rules,

05:11:06 5    so certainly those rules.

6            Then rules of my own card games, some

7    of which are not in this book, that would

8    probably be another ten or twelve sets of rules.

9            And then helping other inventors who

05:11:20 10    came up with games, but couldn't write rules

11    because they certainly didn't know how to -- you

12    know.  It takes a little bit of talent to write

13    game rules.  It's like trying to write an article

14    on how to tie your shoes.  Most people couldn't

05:11:32 15    write such a thing.

16            So I was able to write rules almost

17    from scratch from just, you know, ideas for an

18    outline and whatnot of somebody showing me their

19    new product and they would pay me to put rules

05:11:48 20    together.  So, certainly, I have written rules

21    for -- see, I don't know, a minimum of 30 games

22    and maybe up to 60, including games that are

23    already known, not my own games.

24        Q.    Did your experience in the writing of

AMM

BY MR. LUKEN:

1

2        Q.      You can answer if you know.

3        A.      On all substantial respects are the

4    games played identically?  No, there are some

05:16:52 5    differences.

6        Q.      Okay.  Can you explain the

7    differences?

8        A.      The difference is in scoring.  The --

9    one of the -- one of the word card scores is 50

05:17:04 10   rather than 20 in the '99 version, and also the

11   cards count their individual face values, such as

12   a deuce counting 2 and an 8 counting 8, whereas

13   in the '71 version the cards count five no matter

14   what.

05:17:16 15          Also, in the '99 version, a player

16   failing to yell UNO at the appropriate time has

17   to take a penalty of two cards rather than one.

18   That's in the '99 version as opposed to the '71

19   version.

05:17:30 20          So those are the main differences.

21       Q.      So with the exception of the scoring

22   change from the '71 to the '99 version --

23       A.      And the UNO.

24       Q.      -- and the UNO penalty, between -- the

AMM

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   SOUTHERN DISTRICT OF OHIO

 3                       WESTERN DIVISION

 4      ROBBINS, et al.,                )

 5                    Plaintiffs,       ) Civil Action

 6           vs.                        ) No. C-1-00 706

 7      MATTEL, INC.,                   )

 8                    Defendants.       )

 9              I hereby certify that I have read the

10      foregoing transcript of my deposition given at

11      the time and place aforesaid, consisting of Pages

12      1 to 319, inclusive, and I do again subscribe and

13      make oath that the same is a true, correct and

14      complete transcript of my deposition so given as

15      aforesaid, and includes changes, if any, so made

16      by me.

17

18                              JOLI QUENTIN KANSIL

19      SUBSCRIBED AND SWORN TO

20      before me this        day

21      of                 , A.D. 20  .

22

23

24              Notary Public
```



E S Q U I R E™
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
*Chicago:* 312.782.8087 • 800.708.8087 • Fax 312.704.4950

AMM

1    STATE OF ILLINOIS )

2                      )

3    COUNTY OF L A K E )

4              I, ANNETTE M. MONTALVO, a Notary

5    Public within and for the County of Lake, State

6    of Illinois, and a Certified Shorthand Reporter

7    of said state, do hereby certify:

8              That previous to the commencement of

9    the examination of the witness, the witness was

10   duly sworn to testify the whole truth concerning

11   the matters herein;

12             That the foregoing deposition

13   transcript was reported stenographically by me,

14   was thereafter reduced to typewriting under my

15   personal direction and constitutes a true record

16   of the testimony given and the proceedings had;

17             That the said deposition was taken

18   before me at the time and plays specified;

19             That the reading and signing by the

20   witness of the deposition transcript was agreed

21   upon as stated herein;

22             That I am not a relative or employee

23   or attorney or counsel, nor a relative or

24   employee of such attorney or counsel for any of

AMM

E S Q U I R E™
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950

1    the parties hereto, nor interested directly or

2    indirectly in the outcome of this action.

3              IN WITNESS WHEREOF, I do hereunto set

4    my hand and affix my seal of office at Chicago,

5    Illinois, this 12th day of August, 2002.

6

7

8

9

10             Notary Public, Lake County, Illinois.

11             My commission expires 1/14/03.

12

13             OFFICIAL SEAL

14             ANNETTE M MONTALVO
               NOTARY PUBLIC, STATE OF ILLINOIS
               MY COMMISSION EXPIRES:01/14/03

15    C.S.R. Certificate No. 84-3967.

16

17

18

19

20

21

22

23

24

AMM

ESQUIRE™
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
Chicago: 312.782.8087 • 800.708.8087 • Fax 312.704.4950