**quinn emanuel** trial lawyers | new york

335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200

WRITER'S DIRECT DIAL NO.
**212/702-8140**

WRITER'S INTERNET ADDRESS
marcgreenwald@quinnemanuel.com

September 12, 2003

**VIA FIRST CLASS MAIL**

Kenneth J. Murphy, Esq.
Office of the Clerk
Potter Stewart U.S. Courthouse
Room 324
100 East Fifth Street
Cincinnati, Ohio 45202

Re:   *Robbins v. Mattel;* Civil Action C-1-00 706

Dear Mr. Murphy:

I am admitted to practice <u>pro hac vice</u> in the above-referenced case. I write to inform you that my office address has changed. The new address is:

335 Madison Avenue
17th Floor
New York, New York 10022

Sincerely,

Marc L. Greenwald
MLG:pes

cc:  Bruce Tittel, Esq.

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643
SAN FRANCISCO | 201 Sansome Street, 6th Floor, San Francisco, California 94104 | TEL 415-986-5700 FAX 415-986-5707
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
PALM SPRINGS | 45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336