```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

MYRTLE ROBBINS,

    Plaintiff

    v.                                     C-1-00-706

MATTEL INC.,

    Defendant

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled as to all claims;

**IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.  All motions pending before this Court are hereby rendered **MOOT** and are **DENIED**.

**IT IS SO ORDERED.**

                                                 _____s/Herman J. Weber_____
                                                 Herman J. Weber, Senior Judge
                                                 United States District Court