```
          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF OHIO
                WESTERN DIVISION
```

ROBBINS,

    Plaintiff

  v.                             C-1-00-706

MATTEL, et al,

    Defendant

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that they require additional time to settle the above action as to all defendants;

Pursuant to their request, the Order of Dismissal previously filed in this case is hereby AMENDED provided that any of the parties may, upon good cause shown by November 10, 2003 reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

                                                   s/Herman J. Weber
                                       Herman J. Weber, Senior Judge
                                       United States District Court