IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBBINS, et al,

       Plaintiff

v                               Civil C-1-00-706

MATTEL, INC.,
       Defendant.

## ORDER

Parties are advised that the above styled case is SCHEDULED for a Telephonic Conference on January 12, 2004 at 3:00 p.m.

**IT IS SO ORDERED.**

                                              /Herman J. Weber
                               **Herman J. Weber, Senior Judge**
                               **United States District Court**